1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6



IT IS SO ORDERED

Judge Edward J. Davila

DATED: 9/24/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| TONETTA WADE,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>    Defendants. | Federal Case No.: 5:15-CV-03862-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SPRINGLEAF FINANCIAL SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Tonetta Wade, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Springleaf Financial Services, Inc., as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

   (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any
       applicable federal statute, the plaintiff may dismiss an action without a court
       order by filing:

---

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SPRINGLEAF FINANCIAL SERVICES, INC.

1           (1) a notice of dismissal before the opposing party serves either an answer
2           or a motion for summary judgment.
3     Defendant Springleaf Financial Services, Inc., has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: September 22, 2015            Sagaria Law, P.C.

By:   */s/ Elliot W. Gale*
      Elliot W. Gale
Attorneys for Plaintiff
Tonetta Wade