Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

IT IS SO ORDERED

Judge Edward J. Davila

DATED: 10/9/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| TONETTA WADE, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Federal Case No.: 5:15-CV-03862-EJD <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ACCEPTANCE NOW PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Tonetta Wade, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Acceptance Now, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party serves either an answer

1

1    or a motion for summary judgment.

2    Defendant Acceptance Now, has neither answered Plaintiff's Complaint, nor filed a motion

3    for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and

4    without an Order of the Court.

5

6    Dated: September 22, 2015                    Sagaria Law, P.C.

7

8                                          By:    _/s/ Elliot W. Gale_
                                                  Elliot W. Gale

9                                          Attorneys for Plaintiff
                                           Tonetta Wade

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ACCEPTANCE NOW