SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TONETTA WADE,<br><br>             Plaintiff,<br><br>     v.<br><br>  EXPERIAN INFORMATION<br>  SOLUTIONS, INC.; et. al.,<br><br><br>             Defendants. | Case No.: 5:15-CV-03862-EJD<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT WELLS FARGO BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Tonetta Wade and defendant Wells Fargo Bank, N.A. (sued as Wells Fargo Dealer Services, Inc. and Wells Fargo Home Mortgage, Inc.), by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

Dated:   October 29, 2015

                        **Sagaria Law, P.C.**
                        /s/ *Elliot Gale*
                        Elliot Gale,
                        Attorneys for Plaintiff

NOTICE OF SETTLEMENT WITH DEFENDANT WELLS FARGO BANK, N.A. - 1