Alyssa M. Staudinger (State Bar No. 300845)
astaudinger@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TONETTA WADE,<br><br>             Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al,<br><br>             Defendants. | Case No.  5:15-cv-03862-EJD<br><br>Assigned to: Judge Edward J. Davila<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

**PLEASE TAKE NOTE THAT** Plaintiff Tonetta Wade and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted against Experian.

Dated:  November 5, 2015                    SAGARIA LAW, P.C.


                                            By: */s/ Elliot Gale*
                                                 Elliot Gale

                                            Attorneys for Plaintiff
                                            TONETTA WADE

1  Dated: November 5, 2015                JONES DAY

2

3                                          By: */s/ Alyssa M. Staudinger*
                                              Alyssa M. Staudinger
4
                                          Attorneys for Defendant
5                                         EXPERIAN INFORMATION SOLUTIONS,
                                          INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, Alysssa Staudinger, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On **November 5, 2015**, I served a copy of the **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Scott J. Sagaria
Elliot W. Gale
Joseph M. Angelo
Scott Matthew Johnson
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tel: 408.279.2288; Fax: 408.279.2299

*Attorneys for Plaintiff*
*TONETTA WADE*

Thomas Quinn
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: 949-376-3500
Fax: 949-376-3070
Email: tquinn@nokesquinn.com

*Attorneys for Defendant*
*Equifax, Inc.*

Issa Kalani Moe
MOSS BARNETT
150 South Fifth St, Ste 1200
Minneapolis, MN 55402
Tel: 612-877-5000
Fax: 612-877-5016
Email: MoeI@moss-barnett.com

*Attorneys for Defendant*
*International Computer Systems, Inc.*

David Ian Dalby
HINSHAW & CULBERTSON LLP
One California St, 18th Floor
San Francisco, CA 94111
Tel: 415-362-6000
Fax: 415-834-9070
Email: ddalby@hinshawlaw.com

*Attorneys for Defendant*
*TD Bank USA, National Association*

| | |
|---|---|
| Scott E. Brady<br>SCHUCKIT ASSOCIATES PC<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>Tel: 317-363-2400<br>Fax: 317-363-2257<br>Email: sbrady@schuckitlaw.com | Lauren E. Tate<br>TATE & ASSOCIATES<br>1321 Eighth St, Ste 4<br>Berkeley, CA 94710<br>Tel: 510-525-5100<br>Fax: 510-525-5130<br>Email: ltate@tateandassociates.com |
| ***Attorneys for Defendant***<br>***TransUnion, LLC*** | ***Attorneys for Defendant***<br>***TransUnion, LLC*** |
| Alisa Alexander Givental<br>SEVERSON & WERSON<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, CA 94111<br>Tel: 415-677-5503<br>Fax: 415-956-0439<br>Email: aag@severson.com | Judith Therese Sethna<br>Reed Smith LLP<br>355 South Grand Avenue<br>Suite 2900<br>Los Angeles, CA 90071<br>213-457-8068<br>Fax: 213-457-8080<br>Email: jsethna@reedsmith.com |
| ***Attorneys for Defendants***<br>***Wells Fargo Dealer Services, Inc. and***<br>***Wells Fargo Home Mortgage, Inc.*** | ***Attorneys for Defendants***<br>***Barclay's Bank Delaware*** |
| John David Du Wors<br>Newman Du Wors LLP<br>2101 Fourth Avenue<br>Suite 1500<br>Seattle, WA 98121<br>(206) 274-2800<br>Fax: (206) 274-2801<br>Email: duwors@newmanlaw.com | Harijot Singh Khalsa<br>Sessions Fishman Nathan & Israel<br>1545 Hotel Circle South<br>Suite 150<br>San Diego, CA 92106<br>619-758-1891<br>Fax: 619-296-2013<br>Email: hskhalsa@sessions.legal |
| ***Attorneys for Defendant***<br>***Boeing Employee Credit Union*** | ***Attorneys for Defendant***<br>***Transworld Systems, Inc.*** |

Executed on November 5, 2015, at Irvine, California.

*/s/ Alyssa M. Staudinger*
Alyssa M. Staudinger