UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TONETTA WADE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No.  5:15-cv-03862-EJD<br><br>**ORDER TO SHOW CAUSE** |

On August 4, 2015, Plaintiff Tonetta Wade ("Plaintiff") filed the Complaint underlying this action. Having reviewed the docket, however, the court is unable to locate proofs of service or waivers of service for Defendants Verizon Communications, Inc., HSBC Holdings PLC, Kohl's Corporation, Escallate, LLC, or Bryant, Inc. ("Defendants"), and Defendants have not appeared in this action.

The then-effective version of Rule 4(m) of the Federal Rules of Civil Procedure provided in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

The 120-day period for service provided by Rule 4(m) expired on December 2, 2015. Accordingly, the court issues the instant Order to Show Cause ("OSC") requiring that Plaintiff, no later than **December 28, 2015**, either: (1) file documents to show proof of service of the Summons and Complaint on Defendants; or (2) explain in writing why service has not been accomplished.

1

Case No.: 5:15-cv-03862-EJD
ORDER TO SHOW CAUSE

1  No hearing will be held on the order to show cause unless otherwise ordered by the court.

3  **IT IS SO ORDERED.**

4  Dated:  December 18, 2015

                                             _____
                                             EDWARD J. DAVILA
                                             United States District Judge

Case No.: 5:15-cv-03862-EJD
ORDER TO SHOW CAUSE

2