Scott E. Brady, Esq.  (IN #30534-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TONETTA WADE,<br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; ACCEPTANCE NOW, LLC; BOEING EMPLOYEE CREDIT UNION; SPRINGLEAF FINANCIAL SERVICES, INC.; TD BANK USA, NATIONAL ASSOCIATION; VERIZON COMMUNICATIONS, INC.; WELLS FARGO DEALER SERVICES, INC.; WELLS FARGO HOME MORTGAGE, INC.; BARCLAY'S BANK DELAWARE; HSBC HOLDINGS PLC; KOHL'S CORPORATION; ESCALLATE, LLC; INTERNATIONAL COMPUTER SYSTEMS, INC.; STELLAR RECOVERY, INC.; TRANSWORLD SYSTEMS, INC.; BRYANT, INC; and DOES 1 through 100, inclusive;<br>        Defendants. | CASE NO.   5:15-cv-03862-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Tonetta Wade, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

1  compromised and settled, and that Plaintiff's cause against Trans Union only should be
2  dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

3                                                               Respectfully submitted,

4

5  Date:  December 29, 2015                    *s/ Elliot W. Gale (with consent)*
                                                Scott J. Sagaria, Esq. (217981)
6                                               Elliott W. Gale, Esq.  (263326)
                                                Joseph B. Angelo, Esq.  (268542)
7                                               Sagaria Law, P.C.
                                                2033 Gateway Place, 5th Floor
8                                               San Jose, CA  95110
                                                Telephone:  (408) 279-2288
9                                               Fax:  (408) 279-2299
10

11                                              *Counsel for Plaintiff Tonetta Wade*

12

13 Date:  December 30, 2015                     *s/ Scott E. Brady*
                                                Scott E. Brady, Esq.  (IN #30534-49)
                                                  (admitted *Pro Hac Vice*)
14                                              Schuckit & Associates, P.C.
                                                4545 Northwestern Drive
15                                              Zionsville, IN  46077
                                                Telephone:  317-363-2400
16                                              Fax:  317-363-2257
                                                E-Mail:  sbrady@schuckitlaw.com
17

18                                              *Lead Counsel for Defendant Trans Union, LLC*

19

20                                              Lauren E. Tate, Esq. (CSB #124483)
                                                Tate & Associates
21                                              1321 8th Street, Suite 4
                                                Berkeley, CA  94710
22                                              Telephone:  510-525-5100
                                                Fax:  510-525-5130
23                                              E-Mail:  ltate@tateandassociates-law.com

24                                              *Local Counsel for Defendant Trans Union, LLC*
25

26                                              *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this*
27                                              *document has been obtained from each of the Signatories.*

28

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:15-CV-03862-EJD**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____  _____
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Scott J. Sagaria, Esq. sjsagaria@sagarialaw.com | Elliot W. Gale, Esq. egale@sagarialaw.com |
| Alyssa M. Staudinger, Esq. astaudinger@jonesday.com | Alisa A. Givental, Esq. aag@severson.com |
| Scott E. Brady, Esq. sbrady@schuckitlaw.com | Lauren E. Tate, Esq. ltate@tateandassociates-law.com |
| Austin B. Kenney, Esq. abk@severson.com | Scott M. Johnson, Esq. sjohnson@sagarialaw.com |
| Thomas P. Quinn, Esq. tquinn@nokesquinn.com | David I. Dalby, Esq. ddalby@hinshawlaw.com |
| Ellen B. Silverman, Esq. esilverman@hinshlaw.com | Harijot Singh Khalsa, Esq. hskhalso@sessions-law.com |
| Issa K. Moe, Esq. moeI@moss-barnett.com | Judith T. Sethna, Esq. jsethna@reedsmith.com |
| Ramon Ramirez, Esq. ramonramirez@jonesday.com | John David DuWors, Esq. duwors@newmanlaw.com |