UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| TONETTA WADE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 5:15-cv-03862-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; DISMISSING DEFENDANTS** |

On December 18, 2015, the court ordered Plaintiff Tonetta Wade ("Plaintiff") to either file documents showing that service of process had been completed on certain defendants or show cause in writing why she failed to accomplish service within 120 days required by Federal Rule of Civil Procedure 4(m). See Docket Item No. 63. Plaintiff filed a return to the OSC on December 28, 2015, in which she demonstrated completion of service on Kohl's Corporation. Accordingly, the OSC is DISCHARGED as to that defendant.

However, Plaintiff has not demonstrated service on Verizon Communications, Inc., HSBC Holdings PLC, Escallate, LLC, or Bryant, Inc., and admits that such service was not completed. Accordingly, all claims against these defendants are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: January 5, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:15-cv-03862-EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE; DISMISSING DEFENDANTS