Harijot S. Khalsa, Esq. (SBN 277242)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA  92108
Tel:    619/758-1891
Fax:   619/296-2013
hskhalsa@sessions-law.biz
dkirkpatrick@sessions-law.biz
Attorney for Transworld Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONETTA WADE, | Case No.: 15-CV-03862 EJD |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; ACCEPTANCE NOW, LLC; BOEING EMPLOYEE CREDIT UNION; SPRINGLEAF FINANCIAL SERVICES, INC.; TD BANK USA, NATIONAL ASSOCIATION; VERIZON COMMUNICATIONS, INC.; WELLS FARGO HOME DEALER SERVICES, INC.; WELLS FARGO HOME MORTGAGE, INC.;  BARCLAY'S BANK DELAWARE; HSBC HOLDINGS PLC; KOHL'S CORPORATION; ESCALLATE, LLC; INTERNATIONAL COMPUTER SYSTEMS, INC.' STELLAR RECOVERY, INC.; TRANSWORLD SYSTEMS, INC., BRYANT, INC. AND DOES 1 THROUGH 100 INCLUSIVE, | |
| Defendants. | |

Plaintiff Tonetta Wade and Defendant Transworld Systems, Inc., through their designated counsel of record, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's action against Transworld Systems, Inc. only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.


Dated: 1/15/16                    SAGARIA LAW, P.C.


                                  */s/Elliot Gale*
                                  Elliot Gale
                                  Attorney for Plaintiff
                                  Tonette Wade


Dated: 1/15/16                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.


                                  */s/Harijot S.  Khalsa*
                                  Harijot S. Khalsa
                                  Attorney for Defendant
                                  Transworld Systems, Inc.