THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949)376-3500
Fax: (949)376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONETTA WADE,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No.: 5:15-cv-03862-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY** |

Plaintiff Tonetta Wade, by counsel, and Defendant Equifax Inc., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled and that Plaintiff's cause against Equifax Inc. only should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 –

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

Respectfully submitted,

Date: January 21, 2016

/s/ *Elliott W. Gale (w/consent)*

Scott J. Sagaria, Esq. (217981)
Elliott W. Gale, Esq. (263326)
Joseph B. Angelo, Esq. (268542)
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone: (408)279-2288
Fax: (408)279-2299
*Counsel for Plaintiff Tonetta Wade*

Date: January 21, 2016

/s/ *Thomas P. Quinn, Jr.*

Thomas P. Quinn, Jr. (132268)
Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949)376-3500
Fax: (949)376-3070
Email: tquinn@nokesquinn.com
*Counsel for Defendant Equifax Inc.*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

PURSUANT TO STIPULATION, IT IS SO ORDERED that Equifax Inc. is dismissed with prejudice. Plaintiff Tonetta Wade and Defendant Equifax Inc. shall each bear their own costs and attorneys' fees.

Date: ___________

_____________________________________
Honorable Edward J. Davila
United States District Judge

DISTRIBUTION TO ALL COUNSEL OF RECORD BY CM/ECF

- 3 –

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

**CERTIFICATE OF SERVICE**
**Wade v. Experian Information Solutions, Inc, et al.**
**Case No.: 5:15-cv-03862-EJD**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **January 21, 2016**, I served a true copy of:

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY**

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Jennifer J. Maston
JENNIFER J. MASTON

Place of Mailing: Laguna Beach, California.
Executed on **January 21, 2016,** at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

## SERVICE LIST

Scott J. Sagaria, Esq.
Elliott W. Gale, Esq.
Joseph B. Angelo, Esq.
Scott M. Johnson, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tel: (408)279-2288
Fax: (408)279-2299
Email: sjsagaria@sagarialaw.com
Email: egale@sagarialaw.com
Email: jangelo@sagarialaw.com
Email: sjohnson@sagarialaw.com
***Attorneys for Plaintiff,***
***Tonetta Wade***

Scott E. Brady, Esq.
Schuckit Associates PC
4545 Northwestern Drive
Zionsville, IN 46077
Tel: (317)363-2400
Fax: (317)363-2257
Email: sbrady@schuckitlaw.com
***Attorneys for Defendant,***
***Trans Union, LLC***

Lauren E. Tate, Esq.
Tate and Associates
1321 Eighth Street, Suite 4
Berkeley, CA 94710
Tel: (510)525-5100
Fax: (510)525-5130
Email: ltate@tateandassociates-law.com
***Attorneys for Defendant,***
***Trans Union, LLC***

Ramon Ramirez, Esq.
Alyssa M. Staudinger, Esq.
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408
Tel: (949)851-3939
Fax: (949)553-7539
Email: ramonramirez@jonesday.com
Email: astaudinger@jonesday.com
***Attorneys for Defendant,***
***Experian Information Solutions, Inc.***

Issa K. More, Esq.
Moss & Barnett
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Tel: (612)877-5399
Fax: (612)877-5016
Email: Issa.Moe@lawmoss.com
***Attorneys for Defendant,***
***International Computer Systems, Inc.***

/ / /

/ / /

/ / /

/ / /

/ / /

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

Mark Joseph Kenney, Esq.
Austin B. Kenney, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: (415)398-3344
Fax: (415)956-0439
Email: mjk@severson.com
Email: abk@severson.com
***Attorneys for Defendant, Springleaf Financial Services of Washington, Inc.***

Mark D. Lonergan, Esq.
Rebecca S. Saelao, Esq.
Alisa A. Givental, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: (415)398-3344
Fax: (415)956-0439
Email: mdl@severson.com
Email: rss@severson.com
Email: aag@severson.com
***Attorneys for Defendants, Wells Fargo Home Mortgage, Inc. and Wells Fargo Dealer Services, Inc.***

David I. Dalby, Esq.
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
Tel: (415)362-6000
Fax: (415)834-9070
Email: ddalby@hinshawlaw.com
***Attorneys for Defendant, TD Bank USA, N.A.***

Abraham J. Colman, Esq.
Judith T. Sethna, Esq.
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Tel: (213)457-8000
Fax: (213)457-8080
Email: acolman@reedsmith.com
Email: jsethna@reedsmith.com
***Attorneys for Defendant, Barclays Bank Delaware***

Harijot S. Khalsa, Esq.
Debbie P. Kirkpatrick, Esq.
Sessions, Fishman, Nathan & Israel LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Tel: (619)758-1891
Fax: (619)296-2013
Email: hskhalsa@sessions-law.biz
Email: dkirkpatrick@sessions-law.biz
***Attorneys for Defendant, Transworld Systems, Inc.***

John Du Wors, Esq.
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Tel: (206)274-2800
Fax: (206)274-2801
Email: john@newmanlaw.com
***Attorneys for Defendant, Boeing Employees Credit Union***

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 6 –

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

Leeor Neta, Esq.
Newman Du Wors LLP
1900 Powell Street, Suite 679
Emeryville, CA 94608
Tel: (415)944-5422
Fax: (415)944-5423
***Attorneys for Defendant,***
***Boeing Employees Credit Union***

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 7 –

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY