SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TONETTA WADE, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br> Defendants. | Case No.: 5:15-CV-03862-EJD <br><br> STIPULATION TO DISMISS DEFENDANT BARCLAYS BANK DELAWARE; PROPOSED ORDER . |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Tonetta Wade and defendant Barclays Bank Delaware, that Barclays Bank Delaware be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

//

//

//

STIPULATION TO DISMISS DEFENDANT BARCLAYS BANK DELAWARE; PROPOSED ORDER - 1

DATED: January 21, 2016    Sagaria Law, P.C.

By: _*/s/ Elliot W. Gale*_
      Elliot W. Gale
Attorneys for Plaintiff
Tonetta Wade

DATED: January 21, 2016    Reed Smith, LLP

By: _*/s/ Judith Sethna*_
      Judith Sethna
Attorneys for Defendant
Barclays Bank Delaware

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Judith Sethna has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Barclays Bank Delaware is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

_____
Edward J. Davila
UNITED STATES DISTRICT JUDGE