UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TONETTA WADE,<br><br>    Plaintiff,<br><br>    v.<br><br>BOEING EMPLOYEE CREDIT UNION, et al.,<br><br>    Defendants. | Case No. 5:15-cv-03862-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On May 12, 2016, the court issued an order requiring Plaintiff and the remaining defendants to show cause why sanctions should not be imposed after they failed to timely file one of the forms addressing ADR. Dkt. No. 88. In light the parties' responses (Dkt. Nos. 90, 92, 93) and the stipulation filed on May 16, 2016 (Dkt. No. 91), the Order to Show Cause is DISCHARGED and the hearing scheduled for May 26, 2016, is VACATED.

The court schedules this action for a Status Conference at **10:00 a.m. on June 23, 2016.** The parties shall file a Joint Status Conference Statement on or before **June 16, 2016.**

**IT IS SO ORDERED.**

Dated: May 20, 2016

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-03862-EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE