Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

GRANTED

Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

|  |  |
|---|---|
| TONETTA WADE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>                    Defendants. | Federal Case No.: 5:15-CV-03862-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KOHL'S DEPARTMENT STORE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Tonetta Wade, pursuant to Federal Rule of Civil

Procedure 41(a)(1), hereby voluntarily dismisses Defendant Kohl's Department Store, as to all

claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

applicable federal statute, the plaintiff may dismiss an action without a court

order by filing:

(1) a notice of dismissal before the opposing party serves either an answer

1

or a motion for summary judgment.

Defendant Kohl's Department Store, has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.


Dated: June 17, 2016                    Sagaria Law, P.C.


By:  _____*/s/ Elliot W. Gale*_____
                    Elliot W. Gale
Attorneys for Plaintiff
Tonetta Wade

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT