SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TONETTA WADE, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:15-CV-03862-EJD <br><br> STIPULATION TO DISMISS DEFENDANT BOEING EMPLOYEE CREDIT UNION; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Tonetta Wade and defendant Boeing Employee Credit Union, that Boeing Employee Credit Union be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

STIPULATION TO DISMISS DEFENDANT BOEING EMPLOYEE CREDIT UNION; PROPOSED ORDER - 1

DATED: June 28, 2016                Sagaria Law, P.C.

                                    By:  _____*/s/ Elliot W. Gale*_____
                                              Elliot W. Gale
                                    Attorneys for Plaintiff
                                    Tonetta Wade

DATED: June 28, 2016

                                    By:  _____*/s/ John Du Wors*_____
                                              John Du Wors
                                    Attorneys for Defendant
                                    Boeing Employee Credit Union

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that John Du Wors has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Boeing Employee Credit Union is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____              _____
                                    Edward J. Davila
                                    UNITED STATES DISTRICT JUDGE