SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TONETTA WADE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　　Defendants. | Case No.: 5:15-CV-03862-EJD<br><br>STIPULATION TO DISMISS DEFENDANT TD BANK USA, NATIONAL ASSOCIATION; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　IT IS HEREBY STIPULATED by and between plaintiff Tonetta Wade and defendant TD Bank USA, National Association ("TD Bank"), that TD Bank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT TD BANK USA, NATIONAL ASSOCIATION; PROPOSED ORDER - 1

DATED: September 28, 2016

Sagaria Law, P.C.

By: */s/ Elliot W. Gale*
Elliot W. Gale
Attorneys for Plaintiff
Tonetta Wade

DATED: September 28, 2016

Hinshaw & Culbertson LLP

By: */s/ David Dalby*
David Dalby
Attorneys for Defendant
TD Bank USA, National Association

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that David Dalby has concurred in this filing.

*/s/ Elliot Gale*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Defendant TD Bank is dismissed with prejudice and that each party is to bear its own attorneys fees and costs.

IT IS SO ORDERED.

DATED:_________________

___________________________________
Edward J. Davila
UNITED STATES DISTRICT JUDGE